MIME-Version:1.0
From:info&#064;ord.uscourts.gov
To:nobody
Message-Id:<1355049&#064;ord.uscourts.gov>
Bcc:Steven_Minetto&#064;ord.uscourts.gov,cgray&#064;schwabe.com,dknox&#064;schwabe.com,emclean&#064;schwabe.com,jonathanr&#064;mcewengisvold.com,lehnerm&#064;lmrs.com,njarrett&#064;schwabe.com,trungt&#064;mcewengisvold.com
Subject:Activity in Case 3:04-cv-01239-BR Rietcheck et al v. City of Arlington et al "Scheduling"
Content-Type: text/plain***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp \$' -->
U.S. District Court
District of Oregon

Notice of Electronic Filing
The following transaction was entered on 4/29/2005 at 8:06 AM PDT and filed on 4/29/2005

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp \$'
Case Name: Rietcheck et al v. City of Arlington et al
Case Number: 3:04-cv-1239 https://ecf.ord.uscourts.gov/cgi-bin/DktRpt.pl?70110

Document Number: 23
Copy the URL address from the line below into the location bar of your Web browser to view the document: 23

Docket Text:
<B>CIVIL MINUTES: Record of </b> Order by Anna J. Brown.  Defendants City of Arlington and the Wetherells&#039; Motion for Judgment on the Pleadings Pursuant to ?FRCP 12(C) (#16) and Defendants Anderson Perry & Associates&#039; Motion to Dismiss (#18) are taken under advisement as of 5/23/2005. (sm, )

The following document(s) are associated with this transaction:


<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau Exp \$' -->
3:04-cv-1239 Notice will be electronically mailed to:
Noah Jarrett                          njarrett@schwabe.com,  cgray@schwabe.com

Daniel F. Knox                          dknox@schwabe.com,  emclean@schwabe.com

Michael A. Lehner                          lehnerm@lmrs.com

Jonathan Mark Radmacher                          jonathanr@mcewengisvold.com

Trung D. Tu                                        trungt@mcewengisvold.com


3:04-cv-1239 Notice will be delivered by other means to:
Thomas C. Patton
Oregon State Department of Justice
400 Justice Building
Salem, OR 97310